# ILASZ & ASSOCIATES
ATTORNEYS AND COUNSELORS AT LAW

1 Maiden Lane, 9th Fl., New York, NY 10038
Tel. (212) 480-2222, Fax (212) 480-2958
E-mail: office@ilaszlawfirm.com
website: ilaszlawfirm.com

*OF COUNSEL:*
*NEAL WESNER*
*MICHELE FICARRA*

1035 Rt. 46 East, Ste 105
Clifton NJ 07013
Tel. (973) 773-9060
ul. Piękna 24/26A, lok. 29
00-549 Warszawa, Poland
+48 22 115 9200

July 7, 2020

**Delivered via ECF only**

The Hon. Brian R. Martinotti, U.S.D.J.
United States District Court - District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      **Re:**    **Miroslaw Wierzbicki v. City of Jersey City, et. al.**
               Civil Action No.: 2:19-cv-17721

Dear Judge Martinotti,

      We continue to represent Miroslaw Wierzbicki in the above captioned matter. On July 6, 2020, due to the Internet outage caused by the severe thunderstorm we were not able to efile the Brief.

      Respectfully, we are requesting you accept the documents that are being uploaded today on July 7, 2020.

      Thank you for your consideration and attention to this matter.

                        ILASZ & ASSOCIATES
                        Very Truly,

                        Livius Ilasz, Esq.