# EXHIBIT A

Livius M. Ilasz, Esq.
**Ilasz & Associates**
1035 Route 46 East, Suite 105
Clifton, New Jersey 07013
P: (973) 773-9060
F: (212) 480-2958
Attorneys for Plaintiff, Miroslaw Wierzbicki

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK DIVISION

| | |
|---|---|
| MIROSLAW WIERZBICKI, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF JERSEY CITY; <br> JERSEY CITY POLICE DEPARTMENT; <br> and John Does 1-2, <br><br> Defendants. | CIVIL ACTION NO.: |

### COMPLAINT

Plaintiff, MIROSLAW WIERZBICKI ("Plaintiff"), with a residence address of 1715 Stanhope Street, Ridgewood, New York 11385, by and through undersigned counsel, alleges as follows upon information and belief:

### JURISDICTION STATEMENT AND PARTIES

1. This is an action for damages arising out of one or more violations of federal and state law, and is brought pursuant to 42 U.S.C. §§1983 and 1988, and the Fourth, Fifth, Eighth and Fourteenth Amendments to the United States Constitution.

2. This Court has jurisdiction over this action pursuant to the provisions of 28 U.S.C. §1331 and §1343 in that this is an action to redress violations of Plaintiff's federally protected Constitutional rights. Jurisdiction over the state law claims is founded upon the supplemental jurisdiction of this Court, 28 U.S.C. §1367.