# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MIROSLAW WIERZBICKI,<br><br>               Plaintiff,<br><br>v.<br><br>CITY OF JERSEY CITY;<br>JERSEY CITY POLICE DEPARTMENT;<br>And John Does 1-2,<br><br>               Defendants. | CIVIL ACTION NO.<br>2:19-cv-17721 (BRM)(SCM)<br><br>NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT IN LIEU OF ANSWER PURSUANT TO FED. R. CIV. P. 12(B)(6) AND 8(A) |

TO:   The Hon. Brian R. Martinotti, U.S.D.J.
       United States District Court - District of New Jersey
       Martin Luther King Building
       & U.S. Courthouse
       50 Walnut Street
       Newark, NJ 07102

       Livius M. Ilasz, Esq.
       Ilasz & Associates
       1035 Route 46 East, Suite 105
       Clifton, New Jersey 07013
       Counsel for Plaintiff

**PLEASE TAKE NOTICE** that in lieu of filing an answer to the plaintiff's complaint, on November 18, 2019, the undersigned, Brittany M. Murray, Assistant Corporation Counsel for the City of Jersey City, counsel for the Defendants, City of Jersey City and the Jersey City Police Department (collectively the "Defendants") shall move before the Honorable Brian R. Martinotti, U.S.D.J., in the United States District Court, Newark, New Jersey, pursuant to Fed. R. Civ. P. 12(b)(6) and 8(a) for an Order dismissing the