# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MIROSLAW WIERZBICKI,<br><br>               Plaintiff,<br><br>v.<br><br>CITY OF JERSEY CITY;<br>JERSEY CITY POLICE DEPARTMENT;<br>And John Does 1-2,<br><br>              Defendants. | CIVIL ACTION NO.<br>2:19-cv-17721 (BRM)(SCM)<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT IN LIEU OF ANSWER PURSUANT TO FED. R. CIV. P. 12(B)(6) AND 8(A)** |

TO:   The Hon. Brian R. Martinotti, U.S.D.J.
      United States District Court - District of New Jersey
      Martin Luther King Building
      & U.S. Courthouse
      50 Walnut Street
      Newark, New Jersey 07102

      Livius M. Ilasz, Esq.
      Ilasz & Associates
      1035 Route 46 East, Suite 105
      Clifton, New Jersey 07013
      Counsel for Plaintiff, Miroslaw Wierzbicki

**PLEASE TAKE NOTICE** that in lieu of filing an answer to the plaintiff's amended complaint, on July 6, 2020, the undersigned, Brittany M. Murray, Assistant Corporation Counsel for the City of Jersey City, counsel for the Defendants City of Jersey City and the Jersey City Police Department (collectively "City Defendants") shall move before the Honorable Brian R. Martinotti, U.S.D.J., in the United States District Court, Newark, New Jersey, pursuant to Fed. R. Civ. P. 12(b)(6) and 8(a) for an Order dismissing the