# EXHIBIT H

Rivers Law Firm, LLC Mail - Miroslaw Weirzbicki v. City of Jersey City, et. al.   10/11/20, 2:44 PM



Noel Rivers, Esq. <noel@riverslaw.net>

# Miroslaw Weirzbicki v. City of Jersey City, et. al.

**Noel Rivers, Esq.** <noel@riverslaw.net>   Wed, Aug 12, 2020 at 6:18 PM
To: Brittany Murray <BMurray@jcnj.org>

Hi Brittany,

I finally received a response from the OPRA request, albeit a partial response. I attached it for your file so if I need to discuss it tomorrow on the conference call tomorrow I wanted to make sure you had a copy. I was hoping to receive a more thorough response prior to the conference tomorrow, but it took the city months to get these two pages to me.

Thanks,

On Wed, May 20, 2020 at 12:06 PM Brittany Murray <BMurray@jcnj.org> wrote:
[Quoted text hidden]
[Quoted text hidden]



**OPRA_R001369-051420.pdf**
83K