# EXHIBIT M

Rivers Law Firm, LLC Mail - Wierzbicki v. City of Jersey City, Civil Action No. 2:19-cv-17721; Discovery Requests     10/11/20, 2:47 PM

 Noel Rivers, Esq. <noel@riverslaw.net>

# Wierzbicki v. City of Jersey City, Civil Action No. 2:19-cv-17721; Discovery Requests

**Livius Ilasz** <ilasmolan@aol.com>     Fri, Aug 28, 2020 at 1:13 PM
Reply-To: Livius Ilasz <ilasmolan@aol.com>
To: "bmurray@jcnj.org" <bmurray@jcnj.org>
Cc: "noel@riverslaw.net" <noel@riverslaw.net>

Dear Counsel,

Attached please find the Plaintiff's discovery demands to Defendants in the subject matter.

Thank you,

Aneta

Legal Assistant
*Ilasz & Associates*
One Maiden Lane - 9th Floor
New York, New York 10038
*Phone: (212) 480- 2222*
*Fax: (212) 480- 2958*
http://www.ilaszlawfirm.com

**3 attachments**

- **Wierzbicki Interrogatories to Defendant.pdf**
  515K
- **Wierzbicki Notice to Produce to Defendant.pdf**
  395K
- **Wierzbicki Cover Letter to Defendant 08.28.2020.pdf**
  41K